UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL GARRISON,

                Plaintiff,                Case Number 25-13376

v.                                   Honorable David M. Lawson

                                   Magistrate Judge David R. Grand

TRANSUNION, LLC, and EXPERIAN
INFORMATION SOLUTIONS, INC.,

                Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE

      Presently before the Court is the report issued on May 7, 2026 by Magistrate Judge David R. Grand pursuant to 28 U.S.C. § 636(b) recommending that the Court dismiss without prejudice defendant TransUnion, LLC's motion to dismiss. The deadline for filing objections to the report has passed, and no objections have been filed. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

      Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 34) is **ADOPTED**, and defendant TransUnion, LLC's motion to dismiss (ECF No. 22) is **DISMISSED** without prejudice.

                                        s/David M. Lawson
                                        DAVID M. LAWSON
                                        United States District Judge

Dated:   June 11, 2026